## Fill in this information to identify your case:

Debtor 1: RICKY (First Name) CARLTON (Middle Name) KELLOGG JR (Last Name)

Debtor 2 (Spouse if filing): _____ (First Name) _____ (Middle Name) _____ (Last Name)

United States Bankruptcy Court for the _____ District of _____

Case Number (If Known): 15-36060

☐ Check if this is an ammended filing

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
OCT 23 2015
JEFFREY P. ALLSTEADT, CLERK
PS REP. - CM

Official Form B 3A

# Application for Individuals to Pay the Filing Fee in Installments   06/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: Specify Your Proposed Payment Timetable

**1. Which Chapter of the Bankruptcy Code are you choosing to file under?**

☒ Chapter 7 ............ Fee  $335
☐ Chapter 11 .......... Fee  $1,717
☐ Chapter 12 .......... Fee  $275
☐ Chapter 13 .......... Fee  $310

**2. You may apply to pay the filing fee in up to 4 installments.** Fill in the amounts you propose to pay and the dates you plan to pay them. Be sure all dates are business days. Then add the payments you propose to pay.

You must propose to pay the entire fee no later than 120 days after you file this bankruptcy case. If the court approves your application, the court will set your final payment timetable.

You Propose to Pay...

$ 135.00   ☒ With the filing of the petition
           ☐ on or before this date _____ MM/DD/YYYY

$ 200.00   on or before this date 12/11/2015 MM/DD/YYYY

$ _____    on or before this date _____ MM/DD/YYYY

+ $ _____  on or before this date _____ MM/DD/YYYY

**Total  $ 335.00**

• Your total must equal the entire fee for the chapter you checked in line 1.

### Part 2: Sign Below

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:

• You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.

• You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline. Your debts will not be discharged until your entire fee is payed.

• If you did not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

X /s/ _____   X _____   X _____
Signature of Joint Debtor 1   Signature of Joint Debtor 2   Your Attorney's name and signature, if you used one

10/22/2015
Date MM/DD/YYYY         Date MM/DD/YYYY         Date MM/DD/YYYY

Official Form B3A  - Application for individuals to pay the filing fee in installments

### Fill in this information to identify your case:

Debtor 1  RICKY      CARLTON      KELLOGG JR
          First Name  Middle Name  Last Name

Debtor 2
(Spouse if filing) _____  _____  _____
                   First Name  Middle Name  Last Name

United States Bankruptcy Court for the _____ District of _____

Case Number  15-36060
(If Known)

☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.
[ ] The debtor(s) must pay the filing fee according to the following terms:

**You Must Pay...**

$ _____ on or before this date _____
                                    MM/DD/YYYY

$ _____ on or before this date _____
                                    MM/DD/YYYY

$ _____ on or before this date _____
                                    MM/DD/YYYY

+ $ _____ on or before this date _____
                                     MM/DD/YYYY

**Total**  $ _____

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

_____ **By the court:** _____
Month/Day/Year          United States Bankruptcy Judge